1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9
10

DERRICK NELSON,                            )        Case No. EDCV14-0802-MMM(KK)
                                           )
11                      Petitioner,        )
                                           )        ORDER TO SHOW CAUSE
12              vs.                         )
                                           )
13                                         )
                                           )
14   FRANK WILSON, et al.,                 )
                                           )
15                                         )
                        Respondents.       )
16   _____)

17      Plaintiff filed this Petition for Writ of Habeas Corpus by a Person in Federal

18   Custody on April 23, 2014.  On May 6, 2014, Magistrate Judge Andrew J. Wistrich

19   issued an Order requiring an Answer/Return to the Petition be filed not later than

20   June 20, 2014.

21

22      As of this date, none of the defendants have complied with the May 6, 2014

23   Order requiring them to file an Answer/Return.

24      IT IS THEREFORE ORDERED that, on or before **July 21, 2014**, defendants

25   shall show good cause, if there be any, why they have not timely filed their

26   Answer/Return.   Such filing shall be accompanied by a declaration signed under

27   penalty of perjury attesting to the purported reason for not complying with the May

28

6, 2014 Order.  If defendants do not timely file such declaration, or if defendants fail to show good cause for their failure to file a timely Answer/Return, this Court may recommend that sanctions be imposed.

DATED: July 10, 2014

KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE