JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK NELSON, | Case No. EDCV 14-802-MMM (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRANK WILSON, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 23, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE